IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**RENISHA J. WILSON,**                             :
    **Plaintiff,**                                         :
                                                    :      CIVIL ACTION
    v.                                              :      NO. 13-2045
                                                    :
**CAROLYN W. COLVIN, Commissioner of the Social**   :
**Security Administration,**                        :
    **Defendant.**                                      :
_____:

## ORDER FOR
## REPORT AND RECOMMENDATION

AND NOW, this 2nd day of July, 2014, upon consideration of the administrative record, the brief in support of review filed by Plaintiff (Doc. No. 14), Defendant's response thereto (Doc. No. 16), and Plaintiff's reply thereto (Doc. No. 19), and after review of the Report and Recommendation of United States Magistrate Henry S. Perkin to which no objections have been filed,[1] it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Ms. Wilson's Request for Review is GRANTED IN PART as described below;

3. The case is remanded to the Commissioner in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Perkin's Report and Recommendation;

4. In all other respects, Plaintiff's request for relief is DENIED;

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Perkin issued his Report and Recommendation on June 11, 2014 (Doc. No. 19); objections were therefore due June 25, 2014.

4.  The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

                                        BY THE COURT:

                                        <u>S/Gene E.K. Pratter</u>
                                        GENE E.K. PRATTER
                                        United States District Judge